IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Bernette

Printed: 6/10/08

Case Number: 07 B 13372
Judge: Wedoff, Eugene R
Filed: 7/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 24, 2008
Confirmed: October 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,772.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 149.40 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,472.91 |
| Trustee Fee: |  | 149.69 |
| Other Funds: |  | 0.00 |
| Totals: | 2,772.00 | 2,772.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,530.00 | 2,472.91 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 21,995.36 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 3,075.43 | 0.00 |
| 6. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 2,369.58 | 149.40 |
| 8. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 9. | AT&T Wireless | Unsecured | 142.65 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 2,345.20 | 0.00 |
| 11. | Performance Capital Mgmt | Unsecured | 288.99 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 1,122.69 | 0.00 |
| 13. | CitiFinancial Mortgage | Secured |  | No Claim Filed |
| 14. | Internal Revenue Service | Priority |  | No Claim Filed |
| 15. | Allied International Credit | Unsecured |  | No Claim Filed |
| 16. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| | | | $ 33,869.90 | $ 2,622.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 149.69 |
| | $ 149.69 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Johnson, Bernette

Printed:  6/10/08

Case Number:  07 B 13372
Judge:  Wedoff, Eugene R
Filed:  7/26/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

